IN THE COUNTY COURT
IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA

CHASE BANK USA, N.A.,

              Plaintiff,

vs.

MERCEDES GUEVARA,

              Defendant(s).

Case No. 2010-24362-SP-23(3)

FILED
OCT 29 2010
CLERK

## DEFAULT AND FINAL JUDGMENT

This cause having come before the Court on October 29, 2010 for Pretrial Conference after due notice to Plaintiff and Defendant. With Plaintiff present, Defendant, Mercedes Guevara, , failed to appear. Based upon the Defendant's failure to appear, a default is entered against Defendant. Upon said default and evidence received, it is

ORDERED and ADJUDGED that Plaintiff, CHASE BANK USA, N.A., recover from Defendant(s), Mercedes Guevara, the sum of $4,145.54 on principal, plus prejudgment interest of $20.44 and costs of $ 355.00, making a total judgment award of $4,520.98 that shall bear interest at the rate of 6% per year, for all of which let execution issue.

IT IS FURTHER ORDERED and ADJUDGED that the Defendant(s) shall complete Florida Small Claims Rules Form 7.343 (Fact Information Sheet) and return it to the Plaintiff's attorney, or to the Plaintiff if the Plaintiff is not represented by an attorney, within forty-five (45) days from the date of this final judgment, unless the final judgment is satisfied or a motion for new trial or notice of appeal is filed.

FINAL
SKS ............ PARTIES
Number _____ 12

Exhibit "A"

Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant(s) to complete form 7.343 and return it to the Plaintiff's attorney, or the Plaintiff if the Plaintiff is not represented by an attorney.

ORDERED and ADJUDGED in Miami-Dade County, Florida, on _____, 2010.

_____
JUDGE

Conformed copies to:
JPMorganChase-Legal Department, P.O. Box 9622, , Deerfield Beach, FL 33442
Mercedes Guevara, 720 Se 6th Pl , Hialeah , FL 33010-5416
Plaintiff's Address: 200 White Clay Center Drive Newark, DE 19711