

**ORDERED in the Southern District of Florida on October 7, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.: 20-190194-AJC

MERCEDES GUEVARA                      CHAPTER 7

    Debtors,
_____/

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF CHASE BANK, USA, NA ON REAL PROPERTY, DE 9

**THIS CAUSE** having come before the court on October 6, 2020, at 10:30 am upon the Debtor's Motion to Avoid Judicial Lien of CHASE BANK USA, NA, on Real Property ( **DE 9** ), having been advised on the premises, this court having considered the basis for the motion, and no opposition being heard, hereby **ORDERED** as follows:

1. The Motion to Avoid Judicial Lien of CHASE BANK, USA, NA, DE 9, for Debtor's homestead located at 720 S.E. 6th Place, Hialeah FL 33010 with the legal description of

    **LOT 19, BLOCK 2, ESSEX VILLAGE, ACCORDING TO PLAT, THEREOF RECORDED IN PLAT BOOK 45, AT PAGE 88, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

    is hereby **GRANTED**.

2. The judicial lien of CHASE BANK USA, NA recorded in Book 27474, Page 3665, in the public records of Miami-Dade County, Florida, is hereby avoided and cancelled.

\*\*\*

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.